JS-6  O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7181 AHM (VBKx)*<br>CV 07-7184 AHM (VBKx) | Date | October 6, 2009 |
|---|---|---|---|
| Title | MIGUEL INIGUEZ v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC., et al.<br>TRUJILLO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 25, 2009 the Court ordered the parties to meet and confer to discuss whether the class certification motion or other proceedings in this case should be stayed pending the outcome of the *Brinker Restaurant* case, currently under review by the California Supreme Court.  On October 5, 2009, the parties notified the Court that they are "both in agreement and recommend to the Court that [this case] should be stayed for all purposes" pending the outcome in *Brinker*.  Accordingly, the Court STAYS THIS CASE for all purposes and removes the case from the Court's active calendar.  The parties shall file a joint status report every 13 weeks (beginning December 21, 2009) describing the status of the *Brinker* case and shall file separate status reports not later than 10 days after the Supreme Court decides *Brinker* setting forth their respective positions as to how this case should proceed in light of that decision.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**