1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12

| | |
|---|---|
| MIGUEL INIGUEZ, etc.<br><br>   Plaintiffs,<br><br> v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC.<br><br>   Defendants. | CASE NO.:  CV07-7181-AHM(VBKx)*<br>      CV07-7184-AHM(VBKx)<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER LIFTING STAY OF CONSOLIDATED ACTIONS** |
| LUIS TRUJILLO, etc.,<br><br>   Plaintiffs,<br><br> v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC.<br><br>   Defendants. | |
| Consolidated for All Purposes | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS the parties have stipulated to lifting the stay of these consolidated
2  actions without objection;
3  IT IS HEREBY ORDERED that the Stay in these consolidated actions is
4  hereby lifted as of the date of the signing of this Order.

9  DATED:  February 03, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge