# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-7181 AHM (VBKx)*<br>CV 07-7184 AHM (VBKx)<br>CV 09-6625 AHM (VBKx) | Date | September 20, 2012 |
|---|---|---|---|
| Title | MIGUEL INIGUEZ v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC., et al. **consolidated with** TRUJILLO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, et al. **consolidated with** CONCEPCION LINO v. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE INC. et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The parties in these consolidated actions are hereby ORDERED to supplement the Joint Statement Report Regarding Mediation by tomorrow, September 21, 2012 at 4:00 p.m. The Supplementary Joint Statement shall propose a briefing schedule for the class certification motion and a cutoff date for discovery for that motion. It shall also propose pretrial dates using the Court's Presumptive Schedule of Pretrial Dates, attached hereto as Exhibit A.

The plaintiffs are also ordered to address whether an agreement has been reached as to who will serve as lead counsel and who will file papers in the class certification motion. Plaintiff Lino should also address whether she seeks to conduct further discovery or instead agrees to be bound by previously set discovery cutoffs and exchanges.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

**JUDGE A HOWARD MATZ**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury) (court)** **Estimated length: _____ days** | **9:00 a.m.** | | | | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | **- 1** | | | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | **11:00 a.m.** | **- 2** | | | |
| **Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | **- 4** | | | |
| **Last day for hand-serving and filing Motions in Limine** | | **- 6** | | | |
| **Last Day to Meet Before Final Pretrial Conference (L.R. 16-2)** | | **- 8** | | | |
| **Last day for hearing motions** | **10:00 a.m.** | **- 8** | | | |
| **Last day for hand-serving motions and filing (other than Motions in Limine)** | | **- 12** | | | |
| **Non-expert Discovery cut-off** | | **- 14** | | | |

## ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

**L.R. 16-15 Settlement Choice:     (1) CT/USMJ      (2) Atty      (3) Outside ADR**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Expert discovery cut-off** | | **- 6** | | | |
| **Rebuttal Expert Witness Disclosure** | | **- 9** | | | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | **- 13** | | | |
| **Last day to conduct Settlement Conference** | | | | | |
| **Last Day to Amend Pleadings or Add Parties** | | | | | |

# EXHIBIT A